D/F

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------X
MOATEZ ALI,

                Plaintiff,

    -against-

LONG ISLAND RAIL ROAD COMPANY,
a/k/a METROPOLITAN TRANSIT AUTHORITY,
and the STATE OF NEW YORK,

                Defendants.
----------------------------------------------------------X
FEUERSTEIN, District Judge:

**ORDER**
14-CV-1740(SJF)(WDW)

**FILED**
IN CLERK'S OFFICE
U S DISTRICT COURT E D N Y

★ APR 10 2014 ★

LONG ISLAND OFFICE

The Court's records reflect that the *pro se* complaint in this action was filed on March 17, 2014. Rule 4(m) of the Federal Rules of Civil Procedure provides:

> If a defendant is not served within 120 days after the complaint is filed, the court – on motion or on its own after notice to the plaintiff – must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period.

Accordingly, if service is not made upon defendants by **July 15, 2014**, or plaintiff fails to show good cause why such service has not been effected, this action will be dismissed without prejudice. **Plaintiff is to provide a copy of this Order to the defendants along with the summons and complaint.**

Plaintiff is required to advise the Clerk of Court of any change of address. Failure to keep the Court informed of plaintiff's current address means the Court will not know where to contact plaintiff and may result in dismissal of the case.

**SO ORDERED.**

                              s/ Sandra J. Feuerstein

                              Sandra J. Feuerstein
                              United States District Judge

Dated: April 10, 2014
       Central Islip, New York